1  JOHN A. REDING (State Bar No. 045800)
   jackreding@paulhastings.com
2  EDWARD HAN (State Bar No. 196924)
   edwardhan@paulhastings.com
3  ERIC A. LONG (State Bar No. 244147)
   ericlong@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
5  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
6  Telephone:   (415) 856-7000
   Facsimile:   (415) 856-7100
7
   Attorneys for Defendant
8  NorthWestern Corporation

9  CHAD STEGEMAN (State Bar No. 225745)
   cstegeman@akingump.com
10 AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
11 San Francisco, CA 94104-1036
   Telephone:   (415) 765-9500
12 Facsimile:   (415) 765-9501

13 Attorneys for Plaintiff
   Economic Research Services, Inc.
14

15                    UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17                         SAN FRANCISCO DIVISION
18

19 
20 ECONOMIC RESEARCH SERVICES,           CASE NO. C 07-4175 EDL
   INC., a Florida corporation, d/b/a ERS
   GROUP,                                **STIPULATION REGARDING**
21                                       **RESCHEDULING OF CASE**
                Plaintiff,                **MANAGEMENT CONFERENCE;**
22                                       **[PROPOSED] ORDER THEREON**
          vs.                             AS MODIFIED
23
   NORTHWESTERN CORPORATION, a
24 Delaware corporation, d/b/a
   NORTHWESTERN ENERGY,                  Complaint Filed: August 14, 2007
25
                Defendant.
26

27

28

   Case No. C 07-4175 EDL                STIPULATION RE: RESCHEDULING OF
                                          CMC; [PROPOSED] ORDER THEREON

**STIPULATION**

Plaintiff Economic Research Services, Inc. ("ERS") and defendant NorthWestern Corporation, d/b/a NorthWestern Energy ("NorthWestern"), by and through their respective counsel of record, hereby stipulate and request that the Court reschedule the Case Management Conference in this action, including the time for the parties to submit their joint case management statement.

In support of their stipulation and request, the parties state the following:

1. Plaintiff filed this action on August 14, 2007, and a case management conference is scheduled to be held on November 20, 2007.

2. Defendant's motion to dismiss or, in the alternative, to transfer was filed on Monday, November 12, 2007, and is scheduled to be heard on December 18, 2007.

3. The parties agree that in light of Defendant's pending motion, it would not be a good use of the Court's or the parties' resources to engage in premature case management activities.

4. The parties therefore request that the Court vacate all currently scheduled case management-related dates and hold a Case Management Conference on January 29, 2008.

5. The parties propose this date because it occurs after the anticipated resolution of Defendant's pending motion.

6. The parties believe there is good cause for this stipulation and respectfully request that the Court grant it and adopt its terms as the order of the Court.

1 | DATED: November 15, 2007

CHAD STEGEMAN
AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Chad Stegeman
CHAD STEGEMAN

Attorneys for Plaintiff
Economic Research Services, Inc.

6 | DATED: November 15, 2007

ERIC A. LONG
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Eric A. Long
ERIC A. LONG

Attorneys for Defendant
NorthWestern Corporation

1 **[~~PROPOSED~~] ORDER**

2     On the stipulation of the parties, and good cause appearing therefore,

3     IT IS ORDERED that the Case Management Conference is rescheduled to be held on

4 January ~~29~~ 22, 2008. at 3:00 p.m.  The parties shall file a joint case management conference statement

5 no later than January 15, 2008.

6

7 DATED:  November 15, 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

10 LEGAL_US_W # 57563951.1